The order below is hereby signed.

Signed: August 28 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 21-00188-ELG |
| **8th St. Venture Holdings, LLC,** Debtor. | Chapter 7 |
| **Naheed Ghassemi Revocable Trust,** Plaintiff, | Adv. Pro. 22-10005-ELG |
| v. | |
| **8th Street Venture Holdings, LLC, et al.,** Defendants. | |

## ORDER DENYING SUMMARY JUDGMENT

The Court held a hearing on August 10, 2023 (the "August 10 Hearing") on competing fully-briefed Motions for Summary Judgment, specifically Y&R 2022, LLC's ("Y&R) *Motion for Summary Judgment* (ECF No. 35), the Naheed Ghassemi Revocable Trust's (the "NGRT") *Motion for Summary Judgment* (ECF Nos. 36, 48), and Tucker, Nong, & Associates and Lawrence Tucker's (the "Tucker Entities"), *Motion for Summary Judgment* (ECF No. 49).

For the reasons stated on the record at the August 10 Hearing, the Court finds that genuine issues of material fact exist as to the NGRT's Motion for Summary Judgment and the Tucker

1

Entities Motion for Summary Judgment, and each will be denied except as to Count V as further set forth herein. As further stated at the August 10 Hearing, the Court has taken under advisement Y&R's Motion for Summary Judgment, which seeks judgment on Count V of NGRT's complaint and Count 1 of NGRT's counterclaim and the corresponding portion of NGRT's Motion for Summary Judgment.[1]

At the conclusion of August 10 Hearing, the Court set a further hearing for August 23, 2023 to either set the remaining matters for trial or hear argument on the Tucker Entities' oral motion (made at the August 10 Hearing) for a more definite statement. Prior to the continued hearing, on August 22, 2023, counsel for NGRT filed the *Motion for Leave to File Corrected Third Amended Adversary Complaint* (ECF No. 64) (the "Motion"), which includes a copy of the proposed third amended complaint as an Exhibit. The Motion was not otherwise noticed or set for hearing. Counsel for the Tucker Entities was not present at the August 23, 2023 hearing. Due to the pending Motion, the Court will not immediately set a trial on the remaining counts. Because the Tucker Entities did not appear and pursue their motion for more definite statement, such motion shall be denied. The Court will set a further hearing to consider the Motion and establish further deadlines in this case.

Therefore, it is **ORDERED, ADJUDGED, and DECREED that:**

1)    NGRT's Motion for Summary Judgment (ECF Nos. 36, 48) is DENIED in part and is under advisement as to Count V.

2)    The Tucker Entities' Motion for Summary Judgment (ECF No. 49) is DENIED.

3)    Y&R's Motion for Summary Judgment (ECF No. 35) is under advisement.

---

[1] Count V ("Count Five") of the NGRT's Second Amended Complaint and Count 1 of the counterclaim each seek entry declaratory judgment as to the lien priority on the proceed of the sale of the property located at 1112 8th Street, N.E. *See* ECF Nos. 7, 35.

4) The Motion for Leave to Amend (ECF No. 64) is DENIED as to Count Five.

5) A hearing on the Motion for Leave shall be held on September 12, 2023, at 11:00 a.m. Eastern. The hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee Mathewes for the Zoom information and should familiarize themselves with General Order 2022-03, *Order Establishing Hybrid Hearing Protocols Before Judge Gunn*. The Movant shall provide notice of the hearing and the objection deadline to all parties in interest.

[Signed and dated above.]

Copies to: Recipients of electronic notice.